```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
LAURA MULLANEY,                          :
                         Plaintiff,      :
            -v-                          :
                                         :      19cv7996(DLC)
CITY OF NEW YORK, CITY OF NEW YORK       :
POLICE DPEATMENT, PATROLMEN'S            :         ORDER
BENEVOLENT ASSOCIATION OF THE ICYT OF    :
NEW YORK, LIEUTENANT BENJAMIN            :
GOTTLIEB, individually, and in his       :
official capacity, SERGEANT KAERON,      :
DAVID, individually, and in his          :
official capacity, SERGEANT MIGUELE A.   :
AMORESANO, individually, and in his      :
official capacity, SERGEANT SEAN M.      :
MONAHAN, individually, and in his        :
official capacity, DEPUTY INSPECTOR      :
THEODORE E. FEDEROFF, individually,      :
and in his official capacity, SERGEANT   :
DANIEL J. GAGLIARDI, individually, and   :
in his official capacity and CAPTAIN     :
LOURDES SOTO, individually, and in her   :
official capacity                        :
                         Defendants.     :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the in-person conference scheduled for Friday, March 13 at 10 a.m. will be held telephonically. Counsel for the plaintiff shall have all parties on the line and call chambers at 212-805-0202. Principal trial counsel must participate in the telephone conference.

Dated:    New York, New York
          March 10, 2020

                              _____
                                       DENISE COTE
                              United States District Judge