```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LAURA MULLANEY,                          :
                     Plaintiff,          :
           -v-                           :       19cv7996(DLC)
                                         :
CITY OF NEW YORK, CITY OF NEW YORK       :        ORDER OF
POLICE DPEATMENT, PATROLMEN'S            :       DISCONTINUANCE
BENEVOLENT ASSOCIATION OF THE ICYT OF    :
NEW YORK, LIEUTENANT BENJAMIN            :
GOTTLIEB, individually, and in his       :
official capacity, SERGEANT KAERON,      :
DAVID, individually, and in his          :
official capacity, SERGEANT MIGUELE A.   :
AMORESANO, individually, and in his      :
official capacity, SERGEANT SEAN M.      :
MONAHAN, individually, and in his        :
official capacity, DEPUTY INSPECTOR      :
THEODORE E. FEDEROFF, individually,      :
and in his official capacity, SERGEANT   :
DANIEL J. GAGLIARDI, individually, and   :
in his official capacity and CAPTAIN     :
LOURDES SOTO, individually, and in her   :
official capacity                        :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **August 28, 2020**.  If no such application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          July 29, 2020

```
                              _____
                                     DENISE COTE
                              United States District Judge
```